UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBR   KOITA, ET AL.,                    :
                                         :
              Petitioners                :
                                         :
       v.                                :    CIVIL NO. 1:CV-00-0070
                                         :
JANET RENO,                              :    (Judge Caldwell) Believe **FILED**
                                         :    HARRISBURG, PA
              Respondent                 :

                                              FEB 3  2000

                    **ORDER**                 MARY E. D'ANDREA, CLE
                                              Per _____
                                                      Deputy Clerk

AND NOW, this 3rd day of February, 2000, it is ordered that:

       1.    The Clerk of Court is directed to serve a copy
             of the above-captioned petition for writ of habeas
             corpus on Respondent and the United States
             Attorney.

       2.    Within 20 days of the date of this order,
             Respondent shall respond to the allegations in
             the petition.

       3.    A determination whether Petitioners should be
             produced for a hearing will be held in abeyance
             pending submission of a response.

       4.    Petitioners shall, if they so desire, file a reply
             to the response within 15 days of its filing.


                              William W. Caldwell
                              William W. Caldwell
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 3, 2000

Re:  1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

    Jibril Koita
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Gladwin Wilson
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Omari Maher
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Saleh Sherif
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Celio De La Cruz
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Anh Le
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### CLERK'S OFFICE
### HARRISBURG DIVISION



Mary D'Andrea, Clerk

---

TO: _Sr._

FROM: _Geo_

COMMENTS: _Show Cause order for Service today- I processed the order to all pltf's today. Thanks, Geo._

THIS FACSIMILE CONTAINS A TOTAL OF __2__ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER:   (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108