faxed
2/24/00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA, GLADWIN WILSON, :
OMARI MAHER, SALEH SHERIF, : 1:CV-00-0070
CELIO DE LA CRUZ, and ANH LE, :
: (Judge Caldwell)
Petitioners :
:
v. :
:
JANET RENO, :
:
Respondent :

MOTION FOR ENLARGEMENT OF TIME

FILED
FEB 23 2000
HARRISBURG, PA.      DEPUTY C.

AND NOW COMES Mary Catherine Frye, attorney for respondent, and requests that this Court grant respondent a one day enlargement of time in which to respond, and in support thereof states:

1.  Petitioners, six detained aliens, filed this Petition for Habeas Corpus on or about January 12, 2000.

2.  An Order to Show Cause was issued on or about February 3, 2000, directly respondent to file a response within 20 days of the date of the order.

3.  Because petitioners filed a joint petition, counsel for respondent has been required to obtain, review and organize an unusually large volume of documentation.

4.  Because of the extra time involved in organizing the large

1

volume of documentation, counsel for respondent is respectfully requesting an additional day in which to finalize the response.

5. Petitioner De La Cruz has already been deported.

6. All five remaining petitioners have removal proceedings pending.

7. A one day enlargement of time will not prejudice petitioners.

8. Because petitioners are proceeding *pro se*, counsel has not sought their concurrence in this request.

WHEREFORE, respondent respectfully requests an enlargement of time until February 24, 2000, to submit a response to the within petition.

>Respectfully submitted,
>
>DAVID M. BARASCH
>United States Attorney
>
>*Mary Catherine Frye*
>MARY CATHERINE FRYE
>Assistant U.S. Attorney
>228 Walnut Street
>Harrisburg, PA 17108
>(717) 221-4482

Dated: February 23, 2000

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 23rd day of February, 2000, she served copies of the foregoing document by placing said copies in postpaid envelopes addressed to the persons hereinafter named, at the Snyder County Prison, 600 Old Colony Road, Selinsgrove, PA 17870, which is the last known address of all petitioners, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Jibril Koita
A74 190 504

Celio Enrique Delacruz-Tarjeda
A37 647 503

Maher Omari
A76 766 772

Gladwin Wilson
A41 928 716

Sherif Kamel Saleh
A29-734-408

Anh Trung Le
A27 748 801

*Kathy Enders*
KATHY ENDERS
Legal Secretary