UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 2 8 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

JIBRIL KOITA, GLADWIN WILSON, :
OMARI MAHER, SALEH SHERIF, :
CELIO DE LA CRUZ, and ANH LE, :
 :
    Petitioners :
 :
v. : CIVIL NO. 1:CV-00-0070
 :
JANET RENO, : (Judge Caldwell)
 :
    Respondent :

### ORDER

AND NOW, this 29th day of February, 2000, upon consideration of Respondent's motion for a one-day enlargement of time in which to respond to the petition for writ of habeas corpus, the motion (Doc. No. 3) is granted. Respondent may file a response on or before March 3, 2000.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 29, 2000

Re:   1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

```
Jibril Koita
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building
228  Walnut St.
```