Jibril Koita
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Re: 1:00-cv-00070

------------------------

------------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smys

------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J. Dur
Magistrate Judge Thomas M. Blew

------------------------

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
HARRISBURG, PA
MAR 06 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

REFUSED

☐ = PERSON'S NAME REQUIRED FOR DELIVERY
☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
☒ = PERSON NO LONGER INCARCERATED HERE
☐ = OTHER:

OFFICER:
SNYDER COUNTY PRISON
PROCESSING