JIBRIL KOITA #
YORK COUNTY PRISON
3400 CONCORD RD
YORK, Pa 17402

April 08, 2000

Clerk of the court
U.S. District Court
P.O. Box 1148
Scranton, Pa 18501

Re: Civil Action No. 00/0070

Dear Clerk,

This letter is to respectfully notify you of my change of address due to my transfer under INS detention to a new prison. This change and new location only affect me as the other petitioners of the case are in different locations.

Please forward any future correspondence to the new address, and thank you for your time for your time and assisstance.

Sincerely

Jibril Koita