IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OMARI MAHER, )
  Petitioner, )
 )
 )
 )
v. )   1:CV-00-0070
 )
 )   Judge Caldwell
 )
JANET RENO, )
  Respondent, )

FILED
HARRISBURG, PA
JUL 11 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR AN EXPEDITIOUS HEARING

Petitioner Omari Maher, pro se and respectfully moves this honorable Court to expedite his bail petition. Petitioner responded to respondent's reply motion and this case is ripe for decision.

In support thereof, Petioner avers as follows:

Petitioner has been detained under the custody of INS for 12 months after serving his sentence. A final administrative removal order was entered against Mr. Omari on MAy 10, 1999. Mr. omari requested relief under the convention against torture Act.

Asylum Officer found that Mr. Omari had reasonable fear of prosecution or torture and therefore on July 26, 1999, referred his case to an immigration judge.

Immigration judge granted Mr. Omari witholding of removal. The INS timely appealed the decision of the judge and Petitioner remains in INS custody, being detained

-2-

in Snyder County Prison pending the outcome of the INS appeal.

Petitioner would like to bring to this honorable Court's attention that several courts in the country have ruled on this issue, and held the statute to be unconstitutional. Please see: <u>Velas v. Reno</u>, 1999 WL 194198 (D. N.J. 1999).

<u>Alwady v. Beebe</u>, 1999 Wl 184028 (D. Ore. 1999).

<u>Grant v. Zemski</u>, 99-2620 (E.D. PA 1999).

<u>Reyes-Rodriguez v. Reno</u>, 99 CV-0023 (S.D. Cal. 1999).

<u>Alves-Curas v. Fasano</u>, 98 CV 2295 (S.D. Cal. 1999).

<u>Miranda-Artiagua v. Reno</u>, 3:99 CV 99-0949 (M.D. PA 1999)

<u>Zargo v. Reno</u>, 99-1938 (NHP) (D. N.J. 1999).

<u>Sena v. Fasano</u>, 99 CV 715 BTM (RBB) (S.D. Cal. 1999).

<u>Aguilar v. Lewis</u>, 98-99-662 A(E.D. VA, 1999).

Petitioner, the Jordanian citizen who obtained witholding of removal under the Convention Aginst Torture, has persented a substantive defense.

INS appealing petitioner's witholding of removal, without provision for bail or parole has resulted in Mr. Omari's long-term detention.

Petitioner due to his mother's medical condition, and hardship to his family, for all these facts he is pleading with the honorable Court to expedite his release.

Therefore, for all the foregoing reasons, petitioner respectfully prays that this honorable Court expedite adjucation

-3-

on his petition, and order him relief he is seeking release on a removal bail.

RESPECTFULLY SUBMITTED,

/s/ _____
OMARI MAHER
# 99-00350
SNYDER COUNTY PRISON
600 Old Colony Rd.
Selinsgrove, PA 17870

On this __6th__ day of __July__, 2000.

## CERTIFICATE OF SERVICE

On this _____July_____ day of _____6th_____, 2000, a copy of this motion was mailed to the opposing party at: 228 Walnut Street, Harrisburg, PA 17108.

TO:
Mary Catherine Frye
Assistant U.S Attorney
228 Wlnut Street
Harrisburg, PA 17108

/s/ _____
OMARI MAHER