(14 p[...]
8/10/00

J. Caldwell
P/ES2 C Bellsario

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**Clerk,S OFFICE**

Omari, maher
99-00354
S.C.P
600 Old Colony R[d]
Selinsgrove, PA 17[...]

(Judge Caldwell
Case #
CIVIL NO. 1:CV_00-0070

Dear Sir Or Madam;

    Iam writing this letter to you that I do [not]
Know what hapening in my motions I send to this Office .

    Please send me a respond what ever you r[e]cived becase I didn,t recieved any thing regard to the two motions [that] I send two months ago PLEASE try to help me here Iam still in jail doing time serving time under I.N.S CUSTODY for 14 month waiting fo[r] them after the I.N.S apeals the Judge decision for the second time please I ask you for the seek of god to try to help me to take a loo[k] in my issues please I thank you very very much .

Dated July 30 2000

                                        SENCERLY YOURS
                                        OMARI MAHER

FILED
HARRISBURG, PA
AUG 9 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk