IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
    Petitioners

vs. : CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
    Respondent

O R D E R

AND NOW, this 12th day of September, 2000, it is ordered that the respondent shall, within five days of the date of this order, file a report on the status of the INS proceedings against the petitioners, Jibril Koita, Gladwin Wilson, Maher Omari, Saleh Sherif, and Anh Le.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 12, 2000

Re:   1:00-cv-00070   Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA  17402

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building

228  Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                         (X )
Magistrate Judge              (  )
U.S. Marshal                  (  )
Probation                     (  )
U.S. Attorney                 (  )
Atty. for Deft.               (  )
Defendant                     (  )
Warden                        (  )
Bureau of Prisons             (  )
Ct Reporter                   (  )
Ctroom Deputy                 (  )
Orig-Security                 (  )
Federal Public Defender       (  )
Summons Issued                (  )  with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5           (  )
Order to Show Cause           (  )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   (  )   PA Atty Gen  (  )
                                         DA of County  (  )   Respondents  (  )

Bankruptcy Court              (  )
Other  D. Belvisio            ( ✓)
```

MARY E. D'ANDREA, Clerk

DATE: September 12, 2000                    BY: _____
                                                    Deputy Clerk