**RETURN TO SENDER:**

- ☐ = PERSON'S NAME REQUIRED FOR DELIVERY
- ☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
- ☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
- ☒ = PERSON NO LONGER INCARCERATED HERE
- ☐ = OTHER:

DATE: 9-28-00  OFFICER: C. Bellock

SNYDER COUNTY PRISON
MAIL PROCESSING

FILED OCT 03 2000 PER HARRISBURG, PA DEPUTY CLERK

1-00-cv-0070

