IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA, :
GLADWIN WILSON,
MAHER OMARI, :
SALEH SHERIF,
CELIO DE LA CRUZ, :
ANH LE,
      Petitioners :

      vs. : CIVIL ACTION NO. 1:CV-00-0070

       :
JANET RENO,
      Respondent :

## AMENDING ORDER

AND NOW, this 6th day of October, 2000, it is ordered that the memorandum filed in this case on September 27, 2000, is amended as follows:

In the single-sentence first paragraph on page 8 of the memorandum, the phrase "before an immigration judge" is deleted so that the sentence shall now read as follows: After review of the case law, we agree with the latter opinions and rule that, as applied, the petitioners have both a substantive and procedural due process right to a hearing on whether they should be released on bond pending completion of their INS proceedings.

/s/ William W. Caldwell
William W. Caldwell
United States District Judgee

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           October 6, 2000
```

Re:  1:00-cv-00070     Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
    Jibril Koita
    CTY-YORK
    York County Prison
    57453
    3400 Concord Road
    York, PA  17402

    Gladwin Wilson
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Omari Maher
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Saleh Sherif
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Celio De La Cruz
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Anh Le
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
```

228 Walnut St.
Harrisburg, PA 17108

cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen     ( )   PA Atty Gen ( )
                                          DA of County    ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: ___10/6/00___                         BY: _____
                                                    Deputy Clerk