1 PRSLC Belesarin

22
10/11/00

September 5, 2000.

U.S. District Court
Clerk of Courts
228 Walnut Street
Harrisburg, Pa  17108

1-CV-00-0070
J Caldwell

Mary E. D'Andrea,

   I am writing in regards to a recent decision by the Judge William W. Caldwell.  The case no. 1:CV-00-0070 was ruled that the I.N.S. has 30 days to respond, but what is unclear is to whom the order was for, as I'm on the petition, but is the order for me, all of the petitioners, or some of the petitioners ?  I'm very confused.  I just need to know if it applies to me, Sharif Saleh.  Sorry for my lack of law knowledge, and I'm sorry for the invocence to your time.
I look forward to hearing from you soon.

                                        Respectfully,

                                        Sherif A. Saleh

                                        Sherif Saleh
                                        A29-734-408
                                        Snyder County Prison
                                        600 Old Colony Road
                                        Selinsgrove, Pa  17870

**FILED**
**HARRISBURG**

OCT 1 0 2000

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK