Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Re: 1:00-cv-00070

Please file all pleadings dire(
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Sm

---

Chief Judge Thomas I. Vanaski
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J.
Magistrate Judge Thomas M. E

---

Judge James F. McClure
Judge Malcolm Muir

FILED
HARRISBURG
OCT 11 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
☐ = PERSON'S NAME REQUIRED FOR DELIVERY
☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ = NO PACKAGE AUTHORIZATION ISSUED HERE
☒ = PERSON NO LONGER INCARCERATED HERE
☐ = OTHER:
DATE: 10/2/00
OFFICER:
SNYDER COUNTY PRISON
MAIL PROCESSING