**ORIGINAL**

(26)
11-13-00
sc

Sherif Saleh
Gladwin Wilson
Anh Le
Snyder County Prison
600 Old Colony Road
Selinsgrove, Pa. 17870

FILED
NOV 0 9 2000
9/8
PER
HARRISBURG, PA.    DEPUTY CLERK

Ms. Mary E. D'Andrea
Deputy Clerk
U.S. District Court
228 Walnut Street
P.O. Box 988
Harrisburg, Pa. 17108

In Re; Civil No# 1;CV-00-0070 (Judge William W. Caldwell)
Memorandum order dated Sept. 27, 2000, Amending order dated
Oct. 6, 2000.

Dear Madam,

    May I respectfully write this letter motion to remind this hororable court that Judge William W. Caldwell, has written in this regarded memorandum, that the petitioners shall be released unless 30 days of the date of this order, the respondent grants the petitioners a review of their detention in accord with the procedures discussed in <u>Chi Thon Ngo V. I.N.S. 192 F 3d 390 (3d Cir 1999</u>, or other procedures that are as favorable.

Further in the Judge's order says: The clerk of court shall close this file but either petitioners may reopen it if the respondent has not granted the petitioners the relief ordered within the dead line imposed...

                        Signed by the Hororable Judge
                        William W. Caldwell

Petitioners now comes to remind this honorable court that its been over the 30 day's prescribe by this Judge's order, without any hearing from the respondent regarding the abovementioned order or further the set forth ruling.

May we also remind this honorable court that we have been detained each one of us more then a year almost 18 month, and our families are getting sick with warry over these I.N.S. procedures and detention. Keeping us detain is destroying us mentally and emotionally.

    Whereas this honorable court hears our prayers and rules in our favor. Further in just and proper...

                                    Respectfully Submitted
                                    Pro-se  Sherif A. Saleh
                                           Gladwin W.