IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
 PETITIONER
    VS
JANET RENO
RESPONDANT                    CIVIL PETITION #1: CV-00-0070
                              J. Caldwell

Petitioner wish to reopen the above caption case, due to I.N.S. violated the court order rendered SEP27th 2000.

Now comes the petitioner JIBRIL KOITA, seek this honorable court to reopen the petitioner file due to the fact that the government have failed to comply with the order of this honorable court, that states that I. N. S. shall release the petitioner with in thirty days unless I.N.S. grant the petitioner a review in accordance with the procedures discussed in CHI THON NGO.V INS. Thirty days have passed with out the petitioner receiving any notification neither by certified mail or return receipt stating all specify decision to release or the condition of the petitioner release. But for INS to continue to violate the petitioner due process rights, by manipulating and disregarding the court order.
For this forgoing reasons, respectfully ask this honorable court to grant the petitioner unconditional release or an appropriate action the court feel it's fit in this matter.

                              RESPECTFULLY SUBMITTED
                              JIBRIL KOITA.

cc copy.
11-7-2000.                    Jibril Koita