UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIBRIL KOITA, MAHER OMARI, | ) | |
| Petitioners/Appellees, | ) | 1:CV-00-0070 |
| v. | ) | |
| JANET RENO, Attorney General; | ) | RESPONDENT'S NOTICE OF APPEAL |
| Respondent/Appellant. | ) | |

FILED
SCRANTON
NOV 24 2000
PER _____ 
DEPUTY CLERK

Notice is hereby given that Janet Reno, respondent in the above-named action, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on September 27, 2000.

Respectfully submitted,

DAVID W. OGDEN
Assistant Attorney General

TERRI J. SCADRON
Senior Litigation Counsel

*Thankful T Vanderstar*

THANKFUL T. VANDERSTAR, Attorney
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044-0878
Telephone: (202) 616-4874
ATTORNEYS FOR DEFENDANTS

Dated: November 22, 2000

CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2000, one copy of RESPONDENT'S NOTICE OF APPEAL, was served on petitioners by placing it in a Department of Justice mailroom for same-day, first class mailing, addressed to:

Jibril Koita
A74 19 504
York County Prison
3400 Concord Road
York, PA  17402

Maher Omari
A76 766 772
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA  17870

*Thankful Vanderstar*
THANKFUL T. VANDERSTAR
Attorney
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044-0878
Telephone: (202) 616-4874