See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
    Petitioners

vs. : CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
    Respondent

FILED
HARRISBURG, PA

NOV 2 9 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

As authorized by our order of September 27, 2000, the pro se petitioner, Jibril Koita, filed a motion (doc. 27) seeking to reopen this case on the ground that the INS failed to comply with the order's requirement that the INS give him a hearing in accord with Chi Thon Ngo v. INS, 192 F.3d 390 (3d Cir. 1999).

In a letter motion (doc. 26), Sherif Saleh, Gladwin Wilson and Anh Le also sought to reopen the case. However, as we noted, in our memorandum of September 27, their claims are moot, and we will deny their motion.

Accordingly, this 29th day of November, 2000, it is ordered that:

    1. The Clerk of Court shall reopen this file.

2. Within twenty days of the date of this order, the respondent shall file a response to petitioner Koita's motion.

3. Koita may file a reply to the response within fifteen days of his receipt of the response.

4. The letter motion (doc. 26) to reopen this case, filed by Sherif Saleh, Gladwin Wilson and Anh Le, is denied.

*William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 29, 2000

Re: 1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA  17402

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building

228 Walnut St.
Harrisburg, PA 17108

Thankful T. Vanderstar, Esq.
Office of Immigration Litigation
US Department of Justice Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                         DA of County  ( )   Respondents   ( )

Bankruptcy Court               ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: 11/29/01

BY: _____
    Deputy Clerk