Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-00070

------------------------

------------------------

Please file all pleadings directly
the assigned Judge is located.  Do
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J. Durkin
Magistrate Judge Thomas M. Blewitt

------------------------

Judge James F. McClure
Judge Malcolm Muir

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
    Petitioners

vs. : CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
    Respondent

FILED
HARRISBURG, PA

NOV 2 9 2000

MARY E. D'ANDREA, CLERK
Per_____
    Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

As authorized by our order of September 27, 2000, the pro se petitioner, Jibril Koita, filed a motion (doc. 27) seeking to reopen this case on the ground that the INS failed to comply with the order's requirement that the INS give him a hearing in accord with Chi Thon Ngo v. INS, 192 F.3d 390 (3d Cir. 1999).

In a letter motion (doc. 26), Sherif Saleh, Gladwin Wilson and Anh Le also sought to reopen the case. However, as we noted, in our memorandum of September 27, their claims are moot, and we will deny their motion.

Accordingly, this 29th day of November, 2000, it is ordered that:

    1. The Clerk of Court shall reopen this file.

AO 72A
(Rev.8/82)

2. Within twenty days of the date of this order, the respondent shall file a response to petitioner Koita's motion.

3. Koita may file a reply to the response within fifteen days of his receipt of the response.

4. The letter motion (doc. 26) to reopen this case, filed by Sherif Saleh, Gladwin Wilson and Anh Le, is denied.

*William W. Caldwell*
William W. Caldwell
United States District Judge

2

AO 72A
(Rev.8/82)