OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4929



pacer.ca3.uscourts.gov

December 18, 2000

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

DEC 2 0 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Koita v. Atty Gen USA

No(s): 00-cv-00070

(Honorable William W. Caldwell)

An appeal by **Atty Gen USA** was filed in the above-captioned case on 11/24/00, and docketed in this Court on 12/18/00, at No. **00-4221**.

Kindly use the Appeals Docket No. **00-4221** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk