IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
    Petitioners

vs.  :  CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
    Respondent

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

As authorized by our order of September 27, 2000, the pro se petitioner, Maher Omari, has filed a motion (doc. 30) seeking to reopen this case on the ground that the INS failed to comply with the order's requirement that the INS give him a hearing in accord with <u>Chi Thon Ngo v. INS</u>, 192 F.3d 390 (3d Cir. 1999).

Accordingly, this 22nd day of December, 2000, it is ordered that:

    1. Within twenty days of the date of this order, the respondent shall file a response to petitioner Omari's motion.

2. Omari may file a reply to the response within fifteen days of his receipt of the response.

*William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 22, 2000

Re:  1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA  17402

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building

```
228  Walnut St.
Harrisburg, PA  17108

Thankful T. Vanderstar, Esq.
Office of Immigration Litigation
US Department of Justice Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC  20044-0878
```

```
cc:
Judge                            (X)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )    PA Atty Gen ( )
                                           DA of County ( )    Respondents ( )

Bankruptcy Court                 ( )
Other_____     ( )
                                                    MARY E. D'ANDREA, Clerk

DATE: December 22nd, 2000                 BY: /s/ [signature]
                                                   Deputy Clerk
```