37
1/4/01



FILED
JAN 3 - 2001
PER HARRISBURG, PA    DEPUTY CLERK



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300.

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-00070

---------------------------------


---------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
:          Petitioners          :

vs.                              :     CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
:          Respondent           :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

As authorized by our order of September 27, 2000, the pro se petitioner, Maher Omari, has filed a motion (doc. 30) seeking to reopen this case on the ground that the INS failed to comply with the order's requirement that the INS give him a hearing in accord with <u>Chi Thon Ngo v. INS</u>, 192 F.3d 390 (3d Cir. 1999).

Accordingly, this 22nd day of December, 2000, it is ordered that:

> 1. Within twenty days of the date of this order, the respondent shall file a response to petitioner Omari's motion.

FILED
HARRISBURG, PA
DEC 22 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AO 72A
(Rev.8/82)

2. Omari may file a reply to the response within fifteen days of his receipt of the response.

*William W. Caldwell*
William W. Caldwell
United States District Judge