**FILED**
JAN 3 - 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

**RETURN TO SENDER:**

OFFICE OF THE CLERK
UNITED STATES DISTRICT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

☐ PERSON'S NAME REQUIRED FOR DELIVERY
☐ PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
☐ PERSON NO LONGER INCARCERATED HERE
☐ OTHER: _____

DATE: 12.28.00

REFUSED — Smith

SNYDER COUNTY PRISON
MAIL PROCESSING

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-00070

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA, GLADWIN WILSON, :
OMARI MAHER, SALEH SHERIF, : 1:CV-00-0070
CELIO DE LA CRUZ, and ANH LE, :
: (Judge Caldwell)
      Petitioners :
:
      v. :
:
JANET RENO, :
:
      Respondent :

FILED
HARRISBURG

DEC 2 7 2000

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

### ORDER

AND NOW, this 27th day of December, 2000, in consideration of respondent's Motion for Enlargement of Time *Nunc Pro Tunc*, it is hereby Ordered that respondent shall file its response no later than December 22, 2000.

      By the Court:

      _____
      William W. Caldwell
      United States District Judge