Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Re: 1:00-cv-00070

------------------------------

------------------------------

Please file all pleadings direct[ly with the court where]
the assigned Judge is located. [Do not file pleadings]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse[r]

------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mann[ion]
Magistrate Judge Thomas M. Blewi[tt]

------------------------------

Judge James F. McClure
Judge Malcolm Muir

---

**RETURN TO SENDER:**
☐ = PERSON'S NAME REQUIRED FOR DELIVERY
☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
☒ = PERSON NO LONGER INCARCERATED HERE
☐ = OTHER:

DATE: 1-20-01   OFFICER: [signature]

SNYDER COUNTY PRISON
MAIL PROCESSING

FILED
HARRISBURG
JAN 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300