UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIBRIL KOITA, GLADWIN WILSON, OMARI MAHER, SALEH SHERIF, CELIO DE LA CRUZ, and ANH LE, | : 1:CV-00-0070 : : (Judge Caldwell) |
| Petitioners | : |
| v. | : |
| JANET RENO, | : |
| Respondent | : |

## SUPPLEMENTAL RESPONSE IN OPPOSITION TO PETITION TO REOPEN

Petitioner Jibril Koita filed a petition to reopen this case on or about November 14, 2000, on the grounds that respondent had failed to provide the file review required by the Court's October 6, 2000, Order. Respondent filed a Response in Opposition to Petition to Reopen on December 22, 2000. By Order dated January 19, 2001, the Court ordered respondent to submit appropriate evidentiary material showing that Mr. Koita's risk of flight and danger to the community were considered in the decision to continue Mr. Koita's detention. The Court specifically mentioned evidentiary material that might have been submitted to the Institutional Hearing Program Director at Allenwood in connection with Mr. Koita's bond hearing.

1

The undersigned has been informed by INS Regional Counsel that the hearing before the Institutional Hearing Program Director was not on the record, and that no evidentiary material exists. Accordingly, respondent is unable to submit appropriate evidentiary material showing that Mr. Koita's risk of flight and danger to the community were considered in the October, 2000, decision to continue his detention.

INS Regional Counsel has also indicated that Mr. Koita's final order of deportation was issued on or about November 13, 2000. As a result, Mr. Koita is now covered by the Interim Rules requiring a custody review within 90 days of entry of a final order of deportation, and reviews every six months thereafter. Mr. Koita's post-final order custody review was conducted today (February 8, 2001). INS Regional Counsel reports that the result of the custody review was a recommendation for release.

Because respondent does not yet have any written confirmation of the facts set forth above, the undersigned anticipates requesting leave to submit affidavits or other written evidentiary support for the above representations as soon as they can be obtained. Should the documents reveal that Mr.

Koita has been released, respondent would anticipate arguing that his petition for writ of habeas corpus is moot.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

*Mary Catherine Frye*

MARY CATHERINE FRYE
Assistant U.S. Attorney
228 Walnut Street
Harrisburg, PA 17108
(717) 221-4482

Dated: February 8, 2001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 8th day of February, 2001, she served copies of the foregoing document by placing said copies in postpaid envelopes addressed to the persons hereinafter named, at the addresses stated, which are the last known addresses of petitioners, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Jibril Koita
York County Prison
3400 Concord Road
York, PA  17402

Maher Omari
A76 766 772
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

Anh Le
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

Saleh Sherif
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

Gladwin Wilson
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

*Kathy Enders*
KATHY ENDERS
Legal Secretary