RECEIVED HARRISBURG, PA FEB 21 2001 MARY E. D'ANDREA, CLERK Per ___ 43

FILED HARRISBURG FEB 21 2001 MARY E. D'ANDREA, CLERK Per ___ DEPUTY CLERK

United States District Court For the
Middle District of Pennsylvania

Jibril Koita (Petitioner)

vs.

Janet Reno (Respondent)    civ action No 1: CV-00-0070

Application
Motion For Appointment
of Counsel

(2·18·2001

Dear, Hon: Judge William W. Caldwell.

It is most concerning that your Honor Provide me with an Attorney to Pursue Justice that I am seeking in this Court. I am very troubled that the I.N.S. is stating that I am a Flight risk, and danger to society, This is not Prov[en] IF I am returned to my country my Life will be in danger of Torture and Persecution. I am seeking the relief under C.A.T. Convention against Torture. I have the Proof to support my case and the relief that I am seeking, it is very difficult for me to obtain Proper representation without an Attorney and this is a disadvantage to Compete with the I.N[S] since this is an adversarial system. The I.N.S. is not cooperat[ing] with me because I am not an Attorney and without any Proper assistance. I Pray that this court will grant this Motion with other relief that it deems Fair and Just.

I Jibril Koita declare under the Penalty of Perjury that th[e] Foregoing is true as stated.                    respectfully submi[tted]

Jibril Koita, Pro-s[e]

Copies send to:
U.S. Department of Justice
United States Attorney
Middle District of Pennsylvania
Harrisburg Pennsylvania 17108-1754.

York County Prison
3400 Concord Road
Pennsylvania 17402

RECEIVED
HARRISBURG, PA
FEB 21 2001
MARY E. D'ANDREA, CLERK
Per _____

Office of the Clerk
United States District Court
Middle District of Pennsylvania.
U.S. Courthouse.
228 Walnut street.
P.O. Box 983.
Harrisburg PA 17108.

Jibril Koita 57453
York County prison
3400 Concord Road
Pennsylvania 17402