See attached

(44)

2-26-01
SC        Per

FILED
HARRISBURG
FEB 2 3 2001
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,                      :
GLADWIN WILSON,
MAHER OMARI,                       :
SALEH SHERIF,
CELIO DE LA CRUZ,                  :
ANH LE,
            Petitioners            :

      vs.                          :     CIVIL ACTION NO. 1:CV-00-0070

                                   :

JANET RENO,
            Respondent             :

O R D E R

AND NOW, this 23rd day of February, 2001, upon

consideration of the respondent's supplemental response, filed

February 8, 2001, it is ordered that the respondent shall file,

within twenty days of the date of this order, pertinent

evidentiary material establishing that Jibril Koita's case is now

moot.

William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 23, 2001

Re:  1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA  17402

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building

228  Walnut St.
Harrisburg, PA  17108

Thankful T. Vanderstar, Esq.
Office of Immigration Litigation
US Department of Justice Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC  20044-0878


cc:
Judge                      ( ✓ )              ( ) Pro Se Law Clerk
Magistrate Judge           ( )               ( ) INS
U.S. Marshal               ( )               ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )
Summons Issued             ( )  with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )
Bankruptcy Court           ( )
Other_____     ( )

                                          MARY E. D'ANDREA, Clerk


DATE:  2/23/01                    BY:

                                          Deputy Clerk