sealed

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,  :
GLADWIN WILSON,
MAHER OMARI,  :
SALEH SHERIF,
CELIO DE LA CRUZ,  :
ANH LE,
    Petitioners  :

    vs.  :  CIVIL ACTION NO. 1:CV-00-0070

    :

JANET RENO,
    Respondent  :

FILED
HARRISBURG, PA

O R D E R

FEB 27 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The pro se petitioner, Jibril Koita, detained at the York County Prison, has filed a motion for appointment of counsel. He asserts that he would be subjected to persecution and torture if he was returned to his own country and is seeking relief under the Convention Against Torture.

    We will not appoint counsel. This habeas petition does not deal with the merits of the INS's attempt to remove the petitioner. Instead, it deals with the legality of Koita's confinement pending his removal, and, on that matter, no counsel is necessary.

AO 72A
(Rev.8/82)

AND NOW, this 27th day of February, 2001, it is ordered that the Petitioner, Jibril Koita's, motion (doc. 43) for appointment of counsel is denied.

*William W. Caldwell*
William W. Caldwell
United States District Judge

2

AO 72A
(Rev.8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                     February 27, 2001
```

Re:  1:00-cv-00070    Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA   17402

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Omari Maher
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Saleh Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building
```

228 Walnut St.
Harrisburg, PA 17108

Thankful T. Vanderstar, Esq.
Office of Immigration Litigation
US Department of Justice Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

cc:
Judge                              (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                   ( )         ( ) INS
U.S. Marshal                       ( )         ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen ( )    PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____             ( )

                                                MARY E. D'ANDREA, Clerk

DATE: ___2/27/01___                      BY: _____
                                                Deputy Clerk