OFFICE OF THE CLERK
**MARCIA M. WALDRON**  UNITED STATES COURT OF APPEALS
CLERK  FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburg_ Clerk of District Court  Date 3/01/01
(District)

_Koita vs. Atty Gen USA_  C. of A. No. 00-4221
(Caption)

_Atty Gen USA_
(Appellant)

RECEIVED
HARRISBURG, PA

MAR 06 2001

MARY E. D'ANDREA, CLERK
Per ___

_00-cv-70_
(D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_[signature]_  (267)-299-_4925_
Deputy Clerk  Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

February 8, 2001
CPS-113

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 00-4221

JIBRIL KOITA, ET AL.

v.

ATTORNEY GENERAL OF THE U.S.A.

(M.D. PA Civil No. 00-cv-00070)

Present: MANSMANN, RENDELL and STAPLETON, Circuit Judges

Submitted by the Clerk for possible dismissal due to a jurisdictional defect in the above-captioned case.

Respectfully,

Clerk

MMW/KD/zm

_____ORDER_____

This matter is stayed pending a resolution in the District Court of the matters currently pending before it. The parties are hereby ordered to notify the Court when the District Court enters a final order in the underlying case, and to advise the Court as to the implications, if any, of the District Court's judgment on this Court's appellate jurisdiction.

A True Copy:

_____
Marcia M. Waldron,
Clerk

By the Court,

_____
Circuit Judge

Dated: MAR 0 1 2001

cc: TV, GK, MCF