

48
3/7/01
Je

REFUSED

RECEIVED
MAR 0 8 2001
PER_____
HARRISBURG, PA.    DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:CV-00-70

DX=PERSON NO LONGER INCARCERATED HERE

2/19/01    OTHER: _____

SNYDER COUNTY PRISON
MAIL PROCESSING

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


        Re: 1:00-cv-00070


        ------------------------------



        ------------------------------


Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                      CLERK'S OFFICE ADDRESS:

Judge Sylvia H. Rambo                   U.S. District Court
Judge Yvette Kane                         228 Walnut Street
Judge William W. Caldwell               P.O. Box 983
Magistrate Judge J. Andrew Smyser       Harrisburg, PA  17108

--------------------------------------------------------------------

Chief Judge Thomas I. Vanaskie          U.S. District Court
Judge A. Richard Caputo                 235 N. Washington Ave.
Judge James M. Munley                     P.O. Box 1148
Judge William J. Nealon                 Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt

--------------------------------------------------------------------

Judge James F. McClure                  U.S. District Court
Judge Malcolm Muir                      240 West Third Street
                                        Suite 218
                                        Williamsport, PA  17701

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,                          :
GLADWIN WILSON,
MAHER OMARI,                           :
SALEH SHERIF,
CELIO DE LA CRUZ,                      :
ANH LE,
       Petitioners               :

      vs.                         :     CIVIL ACTION NO. 1:CV-00-0070

                               :

JANET RENO,
       Respondent                :

FILED
HARRISBURG, PA

O R D E R

FEB 2 7 2001

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

      The pro se petitioner, Jibril Koita, detained at the
York County Prison, has filed a motion for appointment of counsel.
He asserts that he would be subjected to persecution and torture
if he was returned to his own country and is seeking relief under
the Convention Against Torture.

      We will not appoint counsel.  This habeas petition does
not deal with the merits of the INS's attempt to remove the
petitioner.  Instead, it deals with the legality of Koita's
confinement pending his removal, and, on that matter, no counsel
is necessary.

AO 72A
(Rev.8/82)

AND NOW, this 27th day of February, 2001, it is ordered
that the Petitioner, Jibril Koita's, motion (doc. 43) for
appointment of counsel is denied.

William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)