ORIGINAL 1to CV

(49)

3-15-01
8

Dated March 8, 2001

U.S. District Court
Clerk of Courts
228 Walnut Street
Harrisburg, Pa 17108

Re:  1:CV-00-0070
Judge Caldwell

Clerk of Courts,
   I am writing in regards to the fact that my address will no longer be as previous.  I have been released from the custody of the I.N.S., and my new address will be; Maher Omari, 2471 West Ball Road, #17, Anaheim, CA 92804, 714.527.8244.  If you have any questions regarding my case or in need of any questions, please feel free to contact me.

                           Thank you,  Maher Omari

2471 West Ball Road, #17
Anaheim, CA  92804
714.527.8244

FILED
HARRISBURG PA

MAR 14 2001

MARY E. D'ANDREA CLERK
Per _____
     Deputy Clerk