**ORIGINAL**



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA, GLADWIN WILSON,
OMARI MAHER, SALEH SHERIF,      : 1:CV-00-0070
CELIO DE LA CRUZ, and ANH LE,
                                : (Judge Caldwell)
        Petitioners             :
                                :
        v.                      :
                                :
JANET RENO,                     :
                                :
        Respondent              :

### SECOND SUPPLEMENTAL RESPONSE IN OPPOSITION TO PETITION TO REOPEN

Petitioner Jibril Koita filed a petition to reopen this case on or about November 14, 2000, on the grounds that respondent had failed to provide the file review required by the Court's October 6, 2000, Order. Respondent filed a Response in Opposition to Petition to Reopen on December 22, 2000. By Order dated January 19, 2001, the Court ordered respondent to submit appropriate evidentiary material showing that Mr. Koita's risk of flight and danger to the community were considered in the decision to continue Mr. Koita's detention.

On February 8, 2001, the government submitted a response, stating that no such evidentiary material exists. The government also stated that Mr. Koita's post-final order custody review had

1

been conducted, resulting in a recommendation for release.

By Order dated February 23, 2001, the Court directed the government to file within twenty days pertinent evidentiary material establishing that Mr. Koita's case is now moot. In accordance with the Court's Order, respondent hereby submits Mr. Koita's Order of Supervision indicating that he was released subject to specified conditions on March 1, 2001. *See* Exhibit A hereto. Since Mr. Koita sought release through the petition filed in this Court, he has now received the relief sought, and his petition is moot.

                                        Respectfully submitted,

                                        DAVID M. BARASCH
                                        United States Attorney

                                        MARY CATHERINE FRYE
                                        Assistant U.S. Attorney
                                        228 Walnut Street
                                        Harrisburg, PA 17108
                                        (717) 221-4482

Dated: March 14, 2001

**EXHIBIT - 1**

MAR-01-2001 13:55    INS DISTRICT COUNSEL    215 656 7148    P.02/03

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**Order of Supervision**

File No: A74 190 504

Date: March 1, 2001

Name: KOITA, Jabril

On 11/13/2001 _____ , you were ordered:
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside ____New York____ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the __1st business__ day of __each month__ to this Service office at:
26 Federal Plaza, New York, NY 10278
unless you are granted written permission to report on another date.

☐ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other: _____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_(Signature of INS official)_

JOSEPH P. SALLEMI DADD/DD&P
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ____ENGLISH____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

RYAN MORRIS DEPORTATION OFFICER    x _(Signature of INS alien)_    3/1/2001
(Signature of INS official serving order)    (Date)

GOVERNMENT EXHIBIT A

Form I-220B (Rev. 4/1/97)N

MAR-01-2001 13:55    INS DISTRICT COUNSEL    215 656 7148    P.03/03

**U.S. Department of Justice**
**Immigration and Naturalization Service**                                    Order of Supervision

| Alien's Name | File Number | Date |
|---|---|---|
| KOITA, Jabril | A74 190 504 | March 1, 2001 |

X *[signature]*
(Alien's Signature)

Alien's Address:
1220 E. 222nd Street
BRONX, NY 10467

Alien's Telephone Number (if any):

(Alien's Photograph)

(Alien's Right Index Print)

### REPORTING RECORD

| DATE | OFFICER | COMMENTS/CHANGES |
|---|---|---|
| | | |

Form I-220B (Rev. 4/1/97)N

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 14th day of March, 2001 she served a copy of the attached

**SECOND SUPPLEMENTAL RESPONSE IN**
**OPPOSITION TO PETITION TO REOPEN**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S):

Jibril Koita, Inmate No. 57453
York County Prison
3400 Concord Road
York, PA 17402

Gladwin Wilson
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Omari Maher
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Saleh Sherif
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Celio De La Cruz
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

Anh Le
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870-8610

*Patricia A. Kolonoski*
PATRICIA A. KOLONOSKI
Legal Secretary