See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA,
GLADWIN WILSON,
MAHER OMARI,
SALEH SHERIF,
CELIO DE LA CRUZ,
ANH LE,
    Petitioners

vs. : CIVIL ACTION NO. 1:CV-00-0070

JANET RENO,
    Respondent

FILED
HARRISBURG, PA
APR - 3 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

By order, dated February 23, 2001, we required the respondent to supply proof that the claim of petitioner, Jibril Koita, that the INS was wrongfully detaining him indefinitely, was now moot. In response, evidentiary material was submitted on March 14, 2001, indicating that Koita has been released from detention and is now under supervision awaiting removal from the country. Thus, his claim is now moot and we will close this case.

Accordingly, this 3rd day of April, 2001, upon consideration of the second supplemental response to the petitioner's motion to reopen, it is ordered that:

    1. Koita's request for relief is denied as moot since he has been released from detention.

Certified from the record
Date 4/3/01
Mary E. D'Andrea, Clerk
Per_____
Deputy Clerk

AO 72A
(Rev.8/82)

    2.  The Clerk of Court shall close this
file.

                            *William W. Caldwell* (signature)
                            William W. Caldwell
                            United States District Judge

AO 72A
(Rev.8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

            *  *  MAILING CERTIFICATE OF CLERK  *  *

                       April 3, 2001
```

Re:  1:00-cv-00070     Koita v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
    Jibril Koita
    CTY-YORK
    York County Prison
    57453
    3400 Concord Road
    York, PA  17402

    Gladwin Wilson
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Saleh Sherif
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Celio De La Cruz
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Anh Le
    CTY-SNY
    Snyder County Jail
    600 Old Colony Rd.
    Selinsgrove, PA  17870-8610

    Omari Maher
    2471 West Ball Road, #17
    Anaheim, PA  92804

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
    228  Walnut St.
    Harrisburg, PA  17108
```

Thankful T. Vanderstar, Esq.
Office of Immigration Litigation
US Department of Justice Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC  20044-0878


cc:
Judge                              (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                   ( )            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      (✓)
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to:  US Atty Gen   ( )   PA Atty Gen ( )
                                              DA of County  ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____        ( )

                                                      MARY E. D'ANDREA, Clerk

DATE:  4/ /01                                    BY: _____
                                                          Deputy Clerk