Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610


Re: 1:00-cv-00070

------------------------


Please file all pleadings direct[ly to]
the assigned Judge is located. [...]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse[r]

------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mann[ion]
Magistrate Judge Thomas M. Blewi[tt]

------------------------

Judge James F. McClure
Judge Malcolm Muir

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $[300]

RETURN TO SENDER:
[ ] PERSON'S NAME REQUIRED FOR DELIVERY
[ ] PERSON'S ID NUMBER REQUIRED FOR DELIVERY
[ ] NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
[X] PERSON NO LONGER INCARCERATED HERE
OTHER:
DATE: 4-4-01   OFFICER: [signature]
SNYDER COUNTY PRISON

FILED
APR 0 9 2001
PER [signature]
HARRISBURG, PA
DEPUTY CLERK

RETURNED TO SENDER