OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Jibril Koita
CTY-YORK
York County Prison
57453
3400 Concord Road
York, PA  17402

Re: 1:00-cv-00070

- - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - -

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse

- - - - - - - - - - - - - - - - - - - - - - - -

**Chief Judge Thomas I. Vanaskie**
**Judge A. Richard Caputo**
**Judge James M. Munley**
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mann
Magistrate Judge Thomas M. Blewi

- - - - - - - - - - - - - - - - - - - - - - - -

Judge James F. McClure
Judge Malcolm Muir

FILED

APR 19 2001

PER
HARRISBURG, PA     DEPUTY CLERK