RESUBMIT CPS-113                                    December 19, 2001

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 00-4221

JIBRIL KOITA, ET AL.

vs.

ATTORNEY GENERAL OF THE U.S.A.

(M.D. Pa. Civ. No. 00-cv-00070)

FILED
WILLIAMSPORT
FEB 1 5 2002
PER _____
DEPUTY CLERK

Present:    MANSMANN, RENDELL and STAPLETON, CIRCUIT JUDGES

Submitted is "Appellant's Motion to Remand to the District Court with Instructions to Vacate the District Court's Order and Judgment and Dismiss the Petition for a Writ of Habeas Corpus," which the Court may wish to construe as the Attorney General's response to the Court's Order dated 5/23/01,

in the above-captioned case.

Respectfully,

Clerk

MMW/CAD/jlm

_____ORDER_____

The appeal is dismissed as moot. The order of the District Court entered September 27, 2000 is vacated. The matter is remanded to the District Court, with instructions to dismiss the habeas petition as moot. See United States v. Munsingwear, Inc., 340 U.S. 36, 39 (1950).

By the Court,

*Carol Los Mansmann*
Circuit Judge

Dated: January 23, 2002
kb/cc: TTV

Certified as a true copy and issued in lieu of a formal mandate on February 12, 2002.

Teste: *Kathleen Brown*
Acting Clerk, United States Court of Appeals for the Third Circuit

OFFICE OF THE CLERK

UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4932 |

pacer.ca3.uscourts.gov

February 12, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
240 West Third Street
Suite 218
Williamsport, PA   17701

**RE: Docket No. 00-4221**
     **Koita  vs. Atty Gen USA**
     **D. C. MISC. No. 00-cv-00070**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment order in the above-entitled case(s). The certified judgment order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   ( ) We return herewith the certified record in the case(s).

   (x) We release herewith the certified list in lieu of the record.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.
   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment order is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Kathy Brouwer
                              Case Manager

Enclosure

cc:
        Thankful T. Vanderstar, Esq.