55
2/25/02
[handwritten initials]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBRIL KOITA, :
GLADWIN WILSON,
MAHER OMARI, :
SALEH SHERIF,
CELIO DE LA CRUZ, :
ANH LE,
Petitioners :

vs. : CIVIL ACTION NO. 1:CV-00-0070

:
JANET RENO,
Respondent :

O R D E R

AND NOW, this 25th day of February, 2002, in accord with the order of the Third Circuit, dated January 23, 2002, it is ordered that the habeas petition is dismissed as moot.

William W. Caldwell
United States District Judge

