(56)
3/1/02

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
NO LONGER INCARCERATED

FILED
HARRISBURG, PA
FEB 28 2002
MARY E. D'ANDREA CLERK
Per _____ Deputy Clerk

HARRISBURG, PA 171
PM
FEB 2002

U.S. OFFICIAL MAIL
METER 0570
N 590623