Case No: 1:00-cv-70    Document No: 55,    1 Copy

1:00-CV-0070

FILED
HARRISBURG

MAR 0 8 2002

MARY E. D'ANDREA, C
Per_____
DEPUTY CLERK

Saleh  Sherif
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870

The U. S. District Court for the Middle District of P.
established a Fax/Noticing Program effective 2/1/0
To participate in the program, and receive notices
and judgments by electronic means, please comp
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
NO LONGER INCARCERATED

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NOT SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

RTS
RETURN TO SENDER