copy 58

Case No: 1:00-cv-70   Document No: 55,   1 Copy

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870

FILED
HARRISBURG
MAR 06 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☒ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☒ OTHER

RTS
RETURN TO SENDER

RETURN TO SENDER
NO LONGER INCARCERATED

The U. S. District Court for the Middle District of PA
established a Fax/Noticing Program effective 2/1/02
To participate in the program, and receive notices of
and judgments by electronic means, please complete
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300