copy   59

Case No: 1:00-cv-70   Document No: 55,   1 Copy

Celio De La Cruz
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA 17870

The U. S. District Court for the Middle District of
established a Fax/Noticing Program effective 2/1
To participate in the program, and receive notice
and judgments by electronic means, please com
authorization form attached.

FILED
HARRISBURG

MAR 0 6 2002

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

RETURN TO SENDER

RTS
RETURN TO SENDER

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

NO LONGER INCARCERATED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108

OFFICIAL BUSINESS